729 A.2d 70

**HOUSING AUTHORITY OF the CITY OF YORK, Appellant,**

v.

**Queen E. ISMOND.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1998.

Decided May 11, 1999.

David B. Schaumann, Bradley J. Leber, York, for Housing Authority of City of York.

E. John Mitton, York, for Queen E. Ismond.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Order affirmed.

Justices ZAPPALA and CAPPY dissent.